UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        Plaintiff, )<br>  )<br>   v. )<br>  )<br>PHILLIP C. HILL, )<br>  )<br>        Defendant. ) | 1:12cv1157 |

## **C O M P L A I N T**

The plaintiff, United States of America, complains of the defendant above named and for cause of action alleges and says:

1. Plaintiff is the United States of America, and the Court has jurisdiction of this action pursuant to Title 28, United States Code, Section 1345.

2. The defendant resides within Marion County, State of Indiana, in the Southern District of Indiana.

3. Defendant is indebted to plaintiff in the principal sum of $140,276.39, plus interest accruing at the rate of 7.38% computed from June 17, 2008, the date of default, until judgment. Said debt is more fully described in Certificate of Indebtedness, a copy of which is attached hereto, made a part hereof and marked Exhibit 1.

4. Demand has been made upon the defendant for the above sum and defendant has neglected and refused to pay same and persists in that refusal.

5.     This amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308.  *See* 28 U.S.C. § 3002(3)(B).

WHEREFORE, the United States of America prays to recover of and from the defendant the principal sum of $140,276.39, plus interest computed from date of default, June 17, 2008, to May 18, 2011, at the rate of 7.38% per annum, in the sum of $28,810.79, and costs in the sum of -0- for a total of $169,087.18, plus interest to date of judgment at the rate of 7.38% per annum, plus interest at the prevailing rate after judgment until paid, costs of this action, and for all other just and proper relief.

JOSEPH H. HOGSETT
United States Attorney

By:    *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana  46204
Telephone: 317-226-6333

CV301